U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 16 2012

TONY R. MO_____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| McKINNIS ARMSTRONG, FOR HIMSELF AND ON BEHALF OF HIS JUDICIALLY PLACED GRAND-DAUGHTER, KEANDRIA AUGUSTINE, AND CYNTHIA ARMSTRONG, WIFE OF McKINNIS ARMSTRONG, individually and on behalf of a class of persons similarly situated | CIVIL ACTION NO. 6:11-cv-01515 |
| VERSUS | JUDGE WALTER |
| MULTI-CHEM GROUP, L.L.C., AND XYZ INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the action is **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

Lafayette, Louisiana, this 13 day of August, 2012.

Donald E. Walter
United States District Judge